UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROGER E. BENDER, JR.,
    Petitioner,

vs.                                    Case No.:  3:22cv797/LAC/ZCB

RICKY DIXON,
    Respondent.
_____/

## ORDER

This case is before the Court upon the Magistrate Judge's Report and Recommendation dated February 6, 2025. (Doc. 46). The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having fully considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 46) is adopted and incorporated by reference in this order.

2.    The fourth amended habeas petition (Doc. 38) is **DENIED**.

3.    A certificate of appealability is **DENIED**.

4. The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**ORDERED** on this 14th day of March, 2025.

s/ *L.A. Collier*  
Lacey A. Collier  
Senior United States District Judge